IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

| | |
|---|---|
| **WEST AMERICAN INSURANCE COMPANY**<br>136 North 3rd Street<br>Hamilton, Ohio 45025<br><br>    **Plaintiff**<br><br>vs.<br><br>**REVEREND JONATHAN M. WILLEY**<br>30216 Stoneybrook Drive<br>Salisbury, MD 21804<br><br>**LINETTE WILLEY**<br>30216 Stoneybrook Drive<br>Salisbury, MD 21804<br><br>**ABUNDANT LIFE WORSHIP CENTER, INC.**<br>6070 Hobbs Road<br>Salsibury, MD 21804<br><br>    **SERVE ON:**<br>    Rev. Jonathan M. Willey<br>    30216 Stoneybrook Drive<br>    Salisbury, MD 21804<br><br>**TRAVELERS INSURANCE COMPANY**<br>One Tower Square<br>Hartford, CT 06183<br><br>    **SERVE ON:**<br>    Maryland Insurance Commissioner<br>    525 St. Paul Street<br>    Baltimore, MD 21202<br><br>and | * Case No. MJG01CV3142<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

_____FILED  _____ENTERED
_____LODGED  _____RECEIVED

NOV 2 7 2001

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY



| | |
|---|---|
| **THOMAS THOMPSON** | |
| and | * |
| **LORI THOMPSON,** parents | |
| And next friends of C.T., a minor | * |
| 638 River Oak Court | |
| Salisbury, MD 21801 | * |
| | |
| **Defendants** | * |

### ORDER

The aforegoing Motion for Extension of Time to Respond having been read and considered by the Court, it is this ___ day of _____, 2001, ORDERED by the United States District Court for the District of Maryland, that the Defendant, Reverend Jonathan M. Willey, be given an additional fifteen (15) days to respond to the Complaint for Declaratory Relief.

_____
JUDGE