IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WEST AMERICAN INSURANCE   *
COMPANY
                          *
           Plaintiff
                          *

v.                        *   CIVIL ACTION NO. MJG-01-3142

REVEREND JONATHAN M. WILLEY,
et al.                    *

        Defendants        *

*   *   *   *   *   *   *   *   *   *   *

## ORDER

Upon consideration of Defendants Reverend Jonathan M. Willey and Linette Willey's Consent Motion for Extension of Time, and any responses and replies filed thereto, it is this 14th day of January, 2002, by the United States District Court for the Northern District of Maryland, hereby ORDERED:

That Defendants Reverend Jonathan M. Willey and Linette Willey's Consent Motion for Extension of Time is GRANTED; and

That Defendants Reverend Jonathan M. Willey and Linette Willey be given until January 18, 2002 to respond to the Complaint for Declaratory Relief.

_____
The Honorable Marvin J. Garbis,
United States District Court for the
District of Maryland