IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| WEST AMERICAN INSURANCE CO. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. MJG01CV3142 |
| REVEREND JONATHAN M. WILLEY, et al. | ) |
| Defendants | ) |

## ORDER

By order of this Court, the following briefing schedule is approved for the motions for summary judgment:

| | |
|---|---|
| March 1, 2002 | Motions of Plaintiff West American Insurance Co. and Cross-Plaintiff Travelers Indemnity Co. for summary judgment |
| April 1, 2002 | Opposition memorandum of Defendants Reverend and Linette Willey |
| April 24, 2002 | Reply memoranda of West American and Travelers |

_____  2/25/02
The Honorable Marvin J. Garbis
United States District Court for
the District of Maryland

01701/0/00040301.WPDv1