

```
CASE:      1:01-cv-03142
DOCUMENT:  17
DATE:      03/27/02

CLERK:
```

Notices will be sent to:

```
Michael DeBaugh, Lord and Whip PA      4106856726
Jonathan Kagan, Brassel and Baldwin    14109749241
Jennifer Patrick, Brassel and Baldwin   4109749241
          Abundant Life,
 Lee Ogburn, Kramon and Graham         4105391269
          Lori Thompson,
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MAR 26 2002

WEST AMERICAN INSURANCE     *
COMPANY

        *

    Plaintiff

        * CIVIL ACTION NO. MJG 01CV3142

vs.

        *

REVEREND JONATHAN M.
WILLEY, et al     *

    Defendants     *

### STIPULATION OF DISMISSAL

Pursuant to Rule 41, the parties in the above-entitled action, through their counsel, hereby stipulate to a dismissal of the claims raised herein.

Michael S. DeBaugh
800 One Center Plaza
120 W. Fayette Street
Baltimore, MD 21201
(410) 539-5881
Attorney for Plaintiff

Steven M. Klepper
Kramon & Graham, P.A.
Suite 2600
One South Street
Baltimore, MD 21202
Attorneys for Travelers
Insurance Company

Jonathan P. Kagan
Brassel & Baldwin, PA
112 West Street
Annapolis, MD 21401
Attorneys for Rev. Jonathan
Willey and Linette Willey

Approved this 26th day of March, 2002

Marvin J. Garbis
United States District

# LORD & WHIP

A PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW

800 One Center Plaza
120 West Fayette Street
Baltimore, Maryland 21201-3700

(410) 539-5881
Facsimile: (410) 685-6726
www.lordwhip.com

FILED ENTERED
LODGED RECEIVED

MAR 2 6 2002

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

March 25, 2002

Clerk
United States District Court
    for the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

                Re:   West American Insurance Company v.
                          Rev. Jonathan M. Willey, et al
                          Case No. MJG 01CV3142

Dear Clerk:

      Enclosed for filing please find a Stipulation of Dismissal with respect to the above-captioned litigation.

      Thank you for your attention to this matter.

                                Very truly yours,

                                Michael S. DeBaugh

MSD:nm
Enc.
240002.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Renee Crawley

    Plaintiff

Vs.                                                                 MJG 02 CV -01

Mayor and City Council
Of Annapolis, et al

    Defendants



*********************************************
**PLAINTIFF'S MOTION TO FILE ADMENDMENTS
TO FIRST AMENDED COMPLAINT**

1. Plaintiff by the undersigned counsel moves this court to amend her First Amended Complaint to change the word defendant, singular to defendants plural through out Counts I and II.

2. This amendment is made necessary in that the defendants claim, in part, in their motion for more definite statement that they do not know which Defendant is being sued. This amendment places defendants on notice that all are being sued.

    Wherefore, Plaintiff moves this court to allow her to file the amendment to her First Amended Complaint.

Respectfully submitted,

Norris C. Ramsey
Norris C. Ramsey, P.A.
2122 Maryland Avenue
Baltimore, MD 21218
410-752-1646

Fed. Bar. 01543

## CERTIFICATE OF SERVICE

I hereby certify that Plaintiff's Motion to File Amendment to First Amended Complaint. was mailed by first class mail postage prepaid to the following on MARCH 25, 2002 :

      Reginal Baldwin, Jr.
      Jonathan P. Kagan
      Brassel & Baldwin
      112 West Street
      Paul Garvey Goetzke
      City of Annapolis
      160 Duke of Gloucester Street
      Annapolis, Maryland 21401
      Attorneys for Defendants

*Norris C. Ramsey*